UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GEORGE K. TRAMMELL, III, FATHER, Individually,
and as Parent, *Guardian And Next Friend of M■ Doe,
a *Minor *Child, Individually, and on Behalf of; [04]
Other; *Minor[s]; SEDITIOUSLY, SIMILARLY
SITUATED, (via) {PROHIBITED}, *Organized,
*STILL, *CONTINUING; *PROSCRIBED; "FELONY,
"CONFEDERATE, "FRAUDULENT "CONVEYANCE,

                    Plaintiff[s],

                                                          No. 5:13-CV-771
        -v-                                             (DNH/TWD)

STATE OF DELAWARE, et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                             OF COUNSEL:

GEORGE K. TRAMMELL, III
Plaintiff pro se
02 East 127th Street
Apartment 5E
Manhattan, NY 10035

DAVID N. HURD
United States District Judge

# DECISION and ORDER

     Pro se plaintiff George K. Trammell, III, brought this action against seventy-eight defendants. On September 12, 2013, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed without leave to amend. No objections to the Report-Recommendation were filed.

     Based upon a careful review of the entire file and the recommendations of the

Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is DISMISSED.

The Clerk is directed to serve a copy of this Decision and Order on plaintiff and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  March 20, 2014
        Utica, New York.