# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

GEORGE K. TRAMMELL, III,
Individually, and as Parent, *Guardian
And Next Friend of M.Doe, a *Minor
*Child, Individually, and on Behalf of;
 [04] Other; *Minor[s]; SEDITIOUSLY,
SIMILARLY SITUATED, (via)
{PROHIBITED}, *Organized, *STILL,
*CONTINUING; *PROSCRIBED;
"FELONY, "CONFEDERATE,
"FRAUDULENT "CONVEYANCE,

      Plaintiff,
v.                                            CASE NUMBER: 5:13-CV-771 (DNH/TWD)

STATE OF DELAWARE, et al,

      Defendants.

**Decision by Court.**  This action came to a hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 20th day of March, 2014.

DATED: March 20, 2014

                                                    Clerk of Court

                                       By: s/ Nicole Killius
                                       Deputy Clerk